THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Derrick Gibson, Appellant. 
 
 
 
 

Appeal From Clarendon 
 County 
 Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion 
 No. 2004-UP-294
 Submitted February 23, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, all of Columbia;  and 
 Solicitor  Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Appellant 
 pled guilty to three counts of second-degree burglary and was sentenced to concurrent 
 ten-year sentences on the three charges.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), appellants counsel attached a petition to be relieved.  
 Appellant did not file a pro se response.  
After review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,  
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels 
 petition to be relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.
 

 
 
 [1]  We decide this case without oral argument pursuant to Rule 215, 
 SCACR.